UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **SUSAN D. GOODWIN,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:06CV0028-DJS |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 9, 2007, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #15] is accepted and adopted.

Dated this   31st   day of August, 2007.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE